

**Littler Mendelson, P.C.**
One Newark Center, 8th Floor
Newark, NJ  07102


Ivan R. Novich
973.848.4705 direct
973.848.4700 main
973.556.1661 fax
inovich@littler.com

November 1, 2023

**VIA ECF**

Hon. Jessica S. Allen, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *Gales v. Ascend Wellness Holdings, Inc., et al.*
             <u>Civil Action No. 2:23-cv-01627-BRM-JSA</u>

Dear Magistrate Judge Allen  :

    We write on behalf of Defendants Ascend Wellness Holdings, Inc. and NJ MGMT GRP LLC to provide an update on the matter initiated by Tyrik Gales. The parties have resolved the matter, and we anticipate filing a stipulation of dismissal in the near future.

    Thank you in advance for your time and consideration.

**\*The Settlement Conference scheduled for 12/1/23 at 11:00 a.m. is canceled.**

**SO ORDERED**

<u>**/s/ Jessica S. Allen**</u>
**Hon. Jessica S. Allen, U.S.M.J.**

**Date:** 11/2/23

Respectfully submitted,

*/s/ Ivan R. Novich*

Ivan R. Novich

      cc:    All counsel of record (via ECF)

4882-7489-8828.1 / 111900-1041

littler.com